## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| ALAMEDA RESEARCH LTD. | |
| Plaintiff, | |
| -against- | |
| VOYAGER DIGITAL, LLC; HTC TRADING INC. | Adv. Pro. No. 23-50084 (JTD) |
| Defendants. | |

## SUMMONS AND NOTICE OF PRETRIAL
## <u>CONFERENCE IN AN ADVERSARY PROCEEDING</u>

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

Address of Clerk:

> United States Bankruptcy Court for the District of Delaware
> 824 Market Street, 3rd Floor
> Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiff's attorneys:

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Stephen Ehrenberg (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
         bromleyj@sullcrom.com
         gluecksteinb@sullcrom.com
         ehrenbergs@sullcrom.com
         kranzleya@sullcrom.com
         bellerb@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **Address:  United States Bankruptcy Court** | **Room:** |
| **824 Market Street** | **5th Floor, Courtroom No. 5** |
| **Wilmington, DE 19801** | |
| | **Date and Time:** |
| | **March 8, 2023 at 1:00 p.m. (ET)** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
**of Delaware**                                        */s/ Una O'Boyle*
Dated: February 8, 2023                            *Clerk of the Bankruptcy Court*

AFFIDAVIT OF SERVICE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| FTX TRADING LTD., et al., | ) |
|                          Debtors. | ) Chapter 11 |
| | ) |
| ALAMEDA RESEARCH LTD. | ) Case No. 22-11068 (JTD) |
|                          Plaintiff, | ) (Jointly Administered) |
| -against- | ) |
| | ) |
| VOYAGER DIGITAL, LLC; HTC TRADING INC. | ) Adv. Pro. No. 23-50084 (JTD) |
| | ) |
|                          Defendants. | ) |

STATE OF DELAWARE     }
                                 } ss.
COUNTY OF NEW CASTLE  }

I, John Garber, of the State of Delaware, County of New Castle, being duly sworn, says that on the 9th day of February, 2023, at 12:05 p.m. I personally served copy of a SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING and COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS on **VOYAGER DIGITAL, LLC** by serving the registered agent, Corporation Service Company at 251 Little Falls Drive Wilmington, DE 19808.

Name of individual accepting service: Lynanne Gares – Authorized to Accept. Description of individual: Caucasian female, 35-40 yrs. old, 150 lbs., 5'5" with brown hair.

_____

Subscribed and sworn before me
This 14th day of February, 2023

_____
Notary Public
My commission expires: _____