IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.<br><br>                 Plaintiff,<br><br>           -against-<br><br>VOYAGER DIGITAL, LLC; HTC TRADING INC.<br><br>               Defendants. | Adv. Pro. No. 23-50084 (JTD) |

**SUMMONS AND NOTICE OF PRETRIAL
CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

    Address of Clerk:

        United States Bankruptcy Court for the District of Delaware
        824 Market Street, 3rd Floor
        Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

    Name and Address of Plaintiff's attorneys:

        **LANDIS RATH & COBB LLP**
        Adam G. Landis (No. 3407)
        Matthew B. McGuire (No. 4366)
        Kimberly A. Brown (No. 5138)
        Matthew R. Pierce (No. 5946)

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0069832.}

    919 Market Street, Suite 1800
    Wilmington, Delaware 19801
    Telephone: (302) 467-4400
    Facsimile: (302) 467-4450
    E-mail: landis@lrclaw.com
            brown@lrclaw.com
            pierce@lrclaw.com

    -and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Stephen Ehrenberg (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       ehrenbergs@sullcrom.com
       kranzleya@sullcrom.com
       bellerb@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **Address:** United States Bankruptcy Court<br>824 Market Street<br>Wilmington, DE 19801 | **Room:**<br>5th Floor, Courtroom No. 5<br><br>**Date and Time:**<br>**March 8, 2023 at 1:00 p.m. (ET)** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
  **Court for the District**
    **of Delaware**
Dated: February 10, 2023

*/s/ Una O'Boyle*_____
*Clerk of the Bankruptcy Court*

{1368.002-W0069832.}

COPY



Harney Westwood & Riegels
3rd Floor, Harbour Place
103 South Church Street, PO Box 10240
Grand Cayman KY1-1002, Cayman Islands
Tel: +1 345 949 8599
Fax: +1 345 949 4451

13 February 2023
**By Hand**

Andrew.Johnstone@harneys.com
+1 345 815 2902
AZJ/RXZ/060249.0001

HTC Trading, Inc.
c/o Walkers Corporate Limited
190 Elgin Avenue
George Town
Grand Cayman
KY1-9008
Cayman Islands

Dear Sir or Madam

**Alameda Research Ltd v Voyager Digital, LLC; HTC Trading, Inc | Case No. 22-11068 (JTD) | In the United States Bankruptcy Court for the District of Delaware**

We refer to the above matter in which we act for the Plaintiff.

Please see enclosed, by way of service, copies of the following:

1. Complaint dated 30 January 2023; and
2. Summons dated 10 February 2023; and

We would be grateful if you could please endorse a copy of this letter as having been received.

Yours faithfully

*Harvey Westwood Riegels*

**Harney Westwood & Riegels**
Encl.

---

**Received**

Company: WCL
Signed by: Fenora Bartley-Dan
Position: Authorised Sig
Date: 13 Feb 2023
Time: 3:24 pm
Signature: *Fenora Bartley*

---

Harney Westwood & Riegels is registered under the Limited Liability Partnership Act 2017 of the laws of the Cayman Islands. Jersey legal services are provided through a referral arrangement with Harneys (Jersey) which is an independently owned and controlled Jersey law firm. A list of partners is available for inspection at our offices.
KY:6916819_1

Anguilla | Bermuda | British Virgin Islands | Cayman Islands
Cyprus | Hong Kong | Jersey | London | Luxembourg
Montevideo | São Paulo | Shanghai | Singapore
harneys.com