## **EXHIBIT B**

**FTX Transfers**

**Alameda Research, Ltd.; FTX Trading Ltd. v. Voyager Digital, LLC; HTC Trading Inc.**                                                                                                                                                 Exhibit B

## Transfers Made by FTX Trading Ltd. to the Defendants during the Avoidance Period

| Date | Transferor | Transferee | Asset | Quantity | Valuation Date | Opening Price[1] | Value at Transfer Date (USD) |
|---|---|---|---|---|---|---|---|
| **Withdrawals from the FTX Account:** | | | | | | | |
| 9/8/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | ETH | 333.149 | 9/8/2022 | $ 1629.805176 | $ 542,968 |
| 9/22/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | USDC | 5,396,168.4121 | 9/22/2022 | 1.000134 | 5,396,891 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | SHIB | 71,052,659,409 | 9/29/2022 | 0.00001112 | 790,106 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | BTC | 2.4213 | 9/29/2022 | 19427.7793 | 47,040 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | DOT | 48,500.72435 | 9/29/2022 | 6.39 | 309,920 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | SOL | 1,905.81 | 9/29/2022 | 33.235283 | 63,340 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | TRX | 1,921,233.0165 | 9/29/2022 | 0.0596 | 114,505 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | VGX | 9,116 | 9/29/2022 | 0.6396 | 5,831 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | SRM | 20,886.311432 | 9/29/2022 | 0.76098 | 15,894 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | CRV | 3,136 | 9/29/2022 | 0.937 | 2,938 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | PERP | 3,854.4 | 9/29/2022 | 0.5537 | 2,134 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | YFII | 0.444 | 9/29/2022 | 920.61 | 409 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | ALICE | 75.8 | 9/29/2022 | 1.7 | 129 |
| 9/29/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | RSR | 34,570.2621999999 | 9/29/2022 | 0.00836 | 289 |
| 10/17/2022 | FTX Trading Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | SRM | 44,000 | 10/17/2022 | 0.721223 | 31,734 |
| **Total Transfers Made to the Defendants during the Avoidance Period** | | | | | | | **$ 7,324,128** |

**Notes**
[1] Daily Opening Price in USD per Yahoo! Finance (https://finance.yahoo.com/lookup).