# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LTD.; FTX TRADING LTD. | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50084 (JTD) |
| VOYAGER DIGITAL, LLC; HTC TRADING INC. | |
| Defendants. | **Ref. No. 8** |

## CERTIFICATE OF SERVICE

I, Matthew B. McGuire, Esquire, hereby certify that on March 3, 2023, a true and correct copy of the *First Amended Complaint to Avoid and Recover Preferential Transfers* [D.I. 8] was caused to be served on the attached service list via Federal Express.

Dated:  March 6, 2023
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0070170.}

| **Via Federal Express** | **Via Federal Express** |
|---|---|
| Voyager Digital, LLC | HTC Trading, Inc. |
| Registered Agent | c/o Walker Corporate Limited |
| Corporate Service Company | 190 Elgin Avenue |
| 251 Little Falls Drive | George Town |
| Wilmington, DE 19808 | Grand Cayman |
| | KY1-9008 |
| | Cayman Islands |