**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | |
| | ) | Case No. 22-11068 (JTD) |
| Debtors. | ) | |
| _____ | ) | (Jointly Administered) |
| | ) | |
| ALAMEDA RESEARCH LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | Adv. Pro. No. 23-50084 (JTD) |
| | ) | |
| VOYAGER DIGITAL, LLC; HTC TRADING INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 15, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Voyager Digital, LLC Service List attached hereto as **Exhibit A**; and via first class mail on the HTC Trading Inc. Service List attached hereto as **Exhibit B**:

- Notice of Rescheduled Pretrial Conference [Docket No. 7]

Dated: March 8, 2023

*/s/ Liz Santodomingo*
Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 8, 2023, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 67341

**Exhibit A**

Exhibit A
Voyager Digital, LLC  Service List
Served as set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10279778 | Voyager Digital Ltd., Voyager Digital Holdings, Inc., Voyager Digital, LLC and Affiliates | c/o Potter Anderson & Corroon LLP | Attn: C. Samis, A. Stulman, S. Rizvi | 1313 N. Market Street | 6th Floor | Wilmington | DE | 19801 | csamis@potteranderson.com, astulman@potteranderson.com, srizvi@potteranderson.com | Email and First Class Mail |
| 10282916 | VOYAGER DIGITAL, LLC | 33 IRVING PL | 3 NEW YORK | | | NEW YORK | NY | 10003-2332 | | First Class Mail |
| 12096847 | Voyager Digital, LLC | c/o Corporation Service Company | 251 Little Falls Drive | | | Wilmington | DE | 19808 | | First Class Mail |

**Exhibit B**

Exhibit B
HTC Trading Inc. Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 12096845 | HTC Trading Inc. | 20 Genesis Close | George Town | Grand Cayman | | KY1-1208 | Cayman Islands |
| 12096846 | HTC Trading Inc. | c/o Walkers Corporate Limited | 190 Elgin Avenue, George Town | Grand Cayman | | KYI-9008 | Cayman Islands |