# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors.<br><br>―――――――――――――――<br><br>ALAMEDA RESEARCH LTD.; FTX TRADING LTD.<br><br>        Plaintiff,<br><br>        -against-<br><br>VOYAGER DIGITAL, LLC; HTC TRADING INC.<br><br>        Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Pro. No. 23-50084 (JTD)<br><br>**Ref. Nos. 1 & 8** |

## CERTIFICATION OF COUNSEL

I, Matthew B. McGuire, counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1. On January 30, 2023, Plaintiff Alameda Research Ltd. (the "Plaintiff") filed the *Complaint to Avoid and Recover Preferential Transfers* (the "Complaint") [Adv. D.I. 1] in the above-captioned adversary proceeding against Voyager Digital, LLC and HTC Trading Inc. (collectively, the "Defendants").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0070140.}

2.  On March 2, 2023, Plaintiffs filed the *First Amended Complaint to Avoid and Recover Preferential Transfers* (the "Amended Complaint") [Adv. D.I. 8].

3.  The Plaintiff and the Defendants (together, the "Parties") have conferred and agree that the deadline for Defendants to answer, move or otherwise respond to the Amended Complaint shall be extended to April 17, 2023.

4.  The Parties' stipulation is attached as **Exhibit A** to the proposed form of order approving the stipulation, which is annexed hereto as **Exhibit 1** (the "Order").

5.  Accordingly, the Parties respectfully request that the Bankruptcy Court enter the Order at its earliest convenience.

<table>
<tr><td>

Dated: March 14, 2023
      Wilmington, Delaware

</td><td>

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      mcguire@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Stephen Ehrenberg (*pro hac vice* to be filed)
Alexa J. Kranzley (admitted *pro hac vice*)
Benjamin S. Beller (*pro hac vice* to be filed)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      ehrenbergs@sullcrom.com
      kranzleya@sullcrom.com
      bellerb@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*

</td></tr>
</table>