# Exhibit 1

{1368.002-W0070140.}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.; FTX TRADING LTD.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>VOYAGER DIGITAL, LLC; HTC TRADING INC.<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 23-50084 (JTD)<br><br>**Ref. Nos. 1 & 8** |

## ORDER APPROVING STIPULATION REGARDING
## THE EXTENSION OF THE RESPONSE DEADLINE

Upon the Certification of Counsel and the *Stipulation Regarding the Extension of the Response Deadline* (the "Stipulation")[2] entered into between the Plaintiffs and the Debtor Defendants, a copy of which is attached hereto as **Exhibit A**; and the Bankruptcy Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Stipulation is hereby APPROVED; and it is further

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

{1368.002-W0070141.}

ORDERED that this Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2023
       Wilmington, Delaware

                                               _____
                                               The Honorable John T. Dorsey
                                               United States Bankruptcy Judge

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　Debtors.<br><br>――――――――――――――<br><br>ALAMEDA RESEARCH LTD.; FTX TRADING LTD.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>VOYAGER DIGITAL, LLC; HTC TRADING INC.<br><br>　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Pro. No. 23-50084 (JTD) |

**STIPULATION REGARDING THE
EXTENSION OF THE RESPONSE DEADLINE**

This *Stipulation Regarding the Extension of the Response Deadline* (the "Stipulation") is made as of March 14, 2023, by and among Alameda Research Ltd. ("Alameda") and FTX Trading Ltd. ("FTX" and together with Alameda, the "Plaintiffs") and Voyager Digital, LLC and HTC Trading Inc. (collectively, the "Defendants" and together with Plaintiffs, the "Parties").

**RECITALS**

**WHEREAS,** on January 30, 2023, Alameda filed the *Complaint to Avoid and Recover Preferential Transfers* (the "Complaint") [Adv. D.I. 1] in the above-captioned adversary proceeding against the Defendants.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0070135.2}

**WHEREAS,** on February 9, 2023, Alameda served the Complaint on Voyager Digital, LLC.

**WHEREAS**, on February 13, 2023, Alameda served the Complaint on HTC Trading Inc.

**WHEREAS,** on March 2, 2023, Plaintiffs filed the *First Amended Complaint to Avoid and Recover Preferential Transfers* (the "Amended Complaint") [Adv. D.I. 8].

**WHEREAS**, on March 3, 2023, Plaintiffs served the Amended Complaint on Defendants.

**WHEREAS,** pursuant to rule 7015(a)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the deadline for Defendants to answer, move or otherwise respond to the Amended Complaint is March 17, 2023 ("Response Deadline").

**WHEREAS,** the Parties have agreed, as set forth herein, that the Response Deadline shall be extended to April 17, 2023.

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

## **STIPULATION**

1. The Parties agree that notwithstanding anything to the contrary in the Bankruptcy Rules, the Response Deadline is hereby extended to April 17, 2023, which may be further extended by agreement of the Parties or order of the Court.

2. The Bankruptcy Court shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

Dated: March 14, 2023

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **POTTER ANDERSON & CORROON LLP** |
| | |
| */s/ Matthew B. McGuire* | */s/ Aaron H. Stulman* |
| Adam G. Landis (No. 3407) | Christopher M. Samis (No. 4909) |
| Matthew B. McGuire (No. 4366) | John A. Sensing (No. 5232) |
| Kimberly A. Brown (No. 5138) | Aaron H. Stulman (No. 5807) |
| Matthew R. Pierce (No. 5946) | 1313 N. Market Street, 6th Floor |
| 919 Market Street, Suite 1800 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 984-6000 |
| Telephone: (302) 467-4400 | E-mail: astulman@potteranderson.com |
| Facsimile: (302) 467-4450 | |
| E-mail: landis@lrclaw.com | |
|         mcguire@lrclaw.com | *Counsel For Defendants Voyager Digital LLC* |
|         brown@lrclaw.com | *and HTC Trading Inc.* |
|         pierce@lrclaw.com | |

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Stephen Ehrenberg (*pro hac vice* to be filed)
Alexa J. Kranzley (admitted *pro hac vice*)
Benjamin S. Beller (*pro hac vice* to be filed)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        ehrenbergs@sullcrom.com
        kranzleya@sullcrom.com
        bellerb@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*