# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>    Defendants. | Adv. Pro. No. 22-50513 (JTD) |
| ALAMEDA RESEARCH LTD.; FTX TRADING LTD.<br><br>    Plaintiffs,<br><br>    -against-<br><br>VOYAGER DIGITAL, LLC; HTC TRADING INC.<br><br>    Defendants. | Adv. Pro. No. 23-50084 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,

                          Plaintiffs,

           - against -

MICHAEL GILES, *et al.*,

                          Defendants.

Adv. Pro. No. 23-50380 (JTD)

ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,

                          Plaintiffs,

           - against -

SAMUEL BANKMAN-FRIED, NISHAD SINGH, and ZIXIAO "GARY" WANG,

                          Defendants.

Adv. Pro. No. 23-50381 (JTD)

**SECOND AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 28, 2023, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

**ADJOURNED MATTERS:**

1. Pretrial Conference [*Austin Onusz, et al. v. West Realm Shires Inc., et al.*, Adv. No. 22-50513]

    Status: This matter is adjourned to a date to be determined.

---

[2] **Amended items appear in bold.**

2. Pretrial Conference [*Alameda Research LTD et al. v. Voyager Digital, LLC, et al.*, Adv. No. 23-50084]

   Status: This matter is adjourned to a date to be determined due to ongoing mediation.

3. Pretrial Conference [*Alameda Research Ltd. v. Michael Giles., et al.*, Adv. No. 23-50380]

   Status: This matter is adjourned to the hearing scheduled for July 19, 2023.

4. Pretrial Conference [*Alameda Research Ltd. v. Samuel Bankman-Fried., et al.*, Adv. No. 23-50381]

   Status: This matter is adjourned to the hearing scheduled for July 19, 2023.

5. Motion of the Debtors for Entry an Order (I) Enforcing the Automatic Stay and (II) Awarding the Debtors Attorneys' Fees and Expenses [D.I. 1417, filed on May 3, 2023]

   Status: This matter is adjourned to the hearing scheduled for July 19, 2023. The parties have entered into a settlement agreement that will be presented to the Court for approval. If approved, the settlement will resolve the motion.

**RESOLVED MATTERS:**

6. Second Motion of Debtors for Entry of an Order Extending Deadline to File a Complaint to Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. § 1141(D)(6) [D.I. 1455, filed on May 8, 2023]

   Status: On May 25, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is not required.

7. Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation with the Metropolitan Museum of Art, (B) Approving the Stipulation, and (C) Granting Related Relief [D.I. 1562, filed on June 2, 2023]

   Status: On June 21, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is not required.

8. Motion of Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 1594, filed on June 8, 2023]

   Status: On June 23, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is not required.

9. Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 1631, filed on June 14, 2023]

    Status: On June 26, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is not required.

10. Motion of the Pyth Data Association for Relief from the Automatic Stay [D.I. 1632, filed on June 14, 2023]

    Status: On June 23, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is not required.

**MATTERS GOING FORWARD:**

11. Motion of Debtors for Entry of an Order (I)(A) Establishing Deadlines for Filing Customer Proofs of Claim, (B) Approving Procedures for Submitting Proofs of Claim and (C) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief [D.I. 1635, filed on June 14, 2023]

    Status: The Debtors have submitted a revised form of order under Certification of Counsel.

12. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Sale of Debtors' Interests in SCHF Cayman, L.P. Free and Clear of All Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving Debtors' Entry into, and Performance Under, the Purchase and Sale Agreement; (III) Authorizing and Approving Assumption and Assignment of Certain Contracts; and (IV) Granting Related Relief [D.I. 1596, filed on June 8, 2023]

    Status: **The Debtors have submitted a revised form of order under Certification of Counsel**.

**INTERIM FEE APPLICATIONS:**

13. Interim Fee Applications. *See* Exhibit A attached to D.I. 1711

    Response Deadline: April 6, 2023 at 4:00 p.m. (ET)

    Status: The Debtors have submitted an omnibus order with respect to all Interim Fee Applications under Certification of Counsel. Accordingly, a hearing on this matter is no longer required, unless the Court has any questions.

ADDITIONAL MATTER GOING FORWARD:

14. Debtors' Motion for Leave to File Reply to the Limited Objection of the United States Trustee to Debtors' Motion to Establish Customer Bar Date [D.I. 1721, filed on June 26, 2023]

    Response Deadline: At or prior to the hearing.

    Responses Received: None.

    Related Documents:

    A. Debtors' Reply in Support of Debtors' Customer Bar Date Motion [D.I. 1719, filed on June 26, 2023]

    Status: **The objection to which the reply relates has been resolved. A form of order has been uploaded in accordance with the Court's electronic processing procedures.**

| | |
|---|---|
| Dated: June 28, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |