## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD.; FTX TRADING LTD.<br><br>Plaintiffs,<br><br>-against-<br><br>VOYAGER DIGITAL, LLC; HTC TRADING INC.<br><br>Defendants. | Adv. Pro. No. 23-50084 (JTD) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Brian Horman, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 15, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **<u>Exhibit A</u>**:

- Voluntary Notice of Dismissal of Adversary Proceeding [Docket No. 23]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Date: May 20, 2024

*/s/ Brian Horman*
Brian Horman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 20, 2024, by Brian Horman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 79271

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served as set forth below

| ADDRESS ID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 12096845 | HTC Trading Inc. | 20 Genesis Close<br>George Town Grand Cayman KY1 1208<br>Cayman Islands | | First Class Mail |
| 12096846 | HTC Trading Inc. | c/o Walkers Corporate Limited<br>190 Elgin Avenue<br>George Town Grand Cayman KYI-9008<br>Cayman Islands | | First Class Mail |
| 10303160 | VOYAGER DIGITAL HOLDINGS, INC. | | SEHRLICH@INVESTVOYAGER.COM | Email |
| 10282916 | VOYAGER DIGITAL LTD | 33 IRVING PL<br>3 NEW YORK<br>NEW YORK NY 10003-2332 | | First Class Mail |
| 10279778 | Voyager Digital Ltd. Voyager Digital Holdings, Inc., Voyager Digital, LLC and Affiliates | c/o Potter Anderson & Corroon LLP<br>Attn: C. Samis, A. Stulman, S. Rizvi<br>1313 N. Market Street<br>6th Floor<br>Wilmington DE 19801 | csamis@potteranderson.com<br>astulman@potteranderson.com<br>srizvi@potteranderson.com | First Class Mail and Email |
| 12096847 | Voyager Digital, LLC | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington DE 19808 | | First Class Mail |